

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

PRO HAC VICE   APPLICATION,
ECF REGISTRATION   AND
CONSENT TO ELECTRONIC
SERVICE,  ORDER

ANGEL TOTTON, as guardian of minor child, K.T,,

　　　　　　　　　Plaintiff(s),

v.

CITY OF SACRAMENTO,
OFFICER LAWRENCE,
& UNKNOWN OFFICERS ,

　　　　　　　　　Defendant(s).

Case No.  2:21-cv-01907

**ORDER**

THIS MATTER COMING BEFORE THE COURT ON PETITIONER'S MOTION FOR ADMISSION TO PRACTICE PRO HAC VICE PRACTICE PRO HAC VICE UNDER THE PROVISION OF LOCAL RULE 180(b)(2). IT IS SO ORDERED, PETITIONER'S MOTION IS GRANTED.

Dated:  November 8, 2021

JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE

4