Kellie Walters
The Walters Law Firm
1 E. Erie Street, Suite 525-2918
Chicago, IL 60611
kellie@walterslawoffice.net
(312) 428-5890
Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANGEL TOTTON as guardian of minor child, K.T )<br>)<br>Plaintiffs,   )<br>)<br>vs.   )<br>)<br>CITY OF SACRAMENTO, et al.   )<br>)<br>Defendants   )<br>)<br>) | Case No. 2:21-cv-01907-JAM-JDP<br><br>**ORDER GRANTING APPROVAL OF MINOR'S COMPROMISE FOR MINOR PLAINTIFF K.T.** |

## <u>ORDER</u>

The court hereby approves the petition for Minor's Compromise for K.T. and orders as follows:

1. <u>Settlement Distribution</u>

    a. The total $48,00000 settlement shall be immediately payable to the Walters Law Offices Trust Account for immediate cash, funding for Plaintiffs, and attorney's fees.

2. <u>Payment of Fees and Expenses on Behalf of Minor K.T.</u>

    a. Attorney's fees payable to the Walters Law Office:

       $14,400.00

    b. Litigation costs payable to the Walters Law Office:

       $0

3. <u>Balance</u>

   a. Of minor K.T.'s net settlement $33,600.00 shall be paid out as follows:

   **Payee: Angel Totton (for the benefit of K.T.)**

   i. A lump sum payment of $33,600.00; Said funds shall be used for the benefit of Minor Plaintiff K.T.

   ii. When the Minor attains the age of 18 years, on May 7, 2024, the depository, without further order of this Court, is authorized and directed to pay by check or draft directly to the former minor, upon proper demand, all money, including interest deposited under this order.

4. Defendant(s) shall execute a Settlement Agreement and Release. Upon doing so, Defendant(s) will have no further obligations whatsoever to the Plaintiffs.

5. On receipt of the full amount of the settlement sum here approved, Petitioner is authorized and directed to execute and deliver to Defendant(s) a complete Settlement Agreement and Release and discharge of all claims of K.T. arising from the facts outlined in the Complaint, and a properly executed dismissal with prejudice.

**IT IS SO ORDERED**.

Dated: March 23, 2023

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE